# UNITED STATES DISTRICT COURT

# DISTRICT OF SOUTH DAKOTA

# CENTRAL DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> **Plaintiff,** <br><br> **vs.** <br><br> **TEEANA SHANNON TWO EAGLE,** <br><br> **Defendant.** | 3:16-CR-30184(03)-RAL <br><br><br> **ORDER HOLDING DEFENDANT TO ANSWER SUPERVISED RELEASE REVOCATION PETITION** |

The above-captioned matter was scheduled for a preliminary hearing and detention hearing on November 16, 2018. At the hearing, Matthew M. Powers, court-appointed counsel for the Defendant, Teeana Shannon Two Eagle, advised the Court that Defendant wished to waive her right to a preliminary hearing. The Court, upon due inquiry, thereafter determined that Defendant's waivers were knowingly and voluntarily made, and accepted the same.

Based on the waivers, the totality of the circumstances present and good cause appearing, it is hereby

ORDERED that Defendant shall forthwith be held to answer the Petition to Revoke Supervised Release, Docket No. 168, at a revocation hearing.

DATED this 16th day of November, 2018.

                      BY THE COURT:

                      */s/ Mark A. Moreno*
                      **MARK A. MORENO**
                      **UNITED STATES MAGISTRATE JUDGE**